IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AZAEL DYTHIAN PERALES,

        Petitioner,        JUDGMENT IN A CIVIL CASE

v.                                      12-cv-242-wmc

UNITED STATES OF AMERICA, et al,

        Respondents.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Azael Dythian Perales leave to proceed *in forma pauperis* and dismissing this case with prejudice.

    *Peter Oppeneer*                      10/4/12
    Peter Oppeneer, Clerk of Court            Date